IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| LLOYD SMITH, | : | Civil Action No. 4:09-cv-82 |
| Plaintiff, | : | |
| vs. | : | |
| SUNRISE CREDIT SERVICES, INC., | : | |
| BENJAMIN CARROCCIO, and | | |
| ARROWOOD INDEMNITY CO., | : | |
| Defendants. | : | |

## DISMISSAL WITH PREJUDICE

Lloyd Smith, by his attorney Ray Johnson, hereby dismisses the above-captioned matter

with prejudice as to all parties pursuant to a settlement agreement reached between the parties.

Respectfully submitted,

RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Road
Suite 335
West Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com